```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
                                   :
LYNNE C. QUIGLEY, et al.
                                   :
     v.                            :   Civil Action No. DKC 11-3223
                                   :
UNITED STATES OF AMERICA, et al.
                                   :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of March, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1.  The motions to dismiss filed by Defendant Washington Suburban Sanitary Commission (ECF Nos. 13, 22, 27) BE, and the same hereby ARE, GRANTED in part and DENIED in part;

2.  Count I of the complaint and amended complaint filed by Plaintiffs Lynne C. Quigley and Miles C. Quigley, individually and as personal representatives of the estate of Joseph Quigley (ECF Nos. 1, 44) BE, and the same hereby IS, DISMISSED;

3.  Count I of the complaint filed by Plaintiff Adriana Ochoa (ECF No. 21) BE, and the same hereby IS, DISMISSED;

4.  Counts I and II of the complaint filed by Plaintiff Pollyana Barbosa (ECF No. 26) BE, and the same hereby ARE, DISMISSED; and

5. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

```
                         /s/
         _____
         DEBORAH K. CHASANOW
         United States District Judge
```